IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Douglas Pennoyer, Jr. | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 03-5060 |
| | : | |
| Marriott Hotel Services, Inc. t/a and d/b/a Philadelphia Marriott Hotel; Marriott International, Inc.; Philadelphia Market Street Hotel Corp.; Philadelphia Market Street HMC Hotel Limited Partnership; Philadelphia Market Street Marriott Hotel LP; New Market Street, LP; HMC Market Street, LLC; Philadelphia Market Street Hotel II, L.P.; Market Street Host, LLC; and Market Street Marriott, LLC | : : : : : : : | |

## OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, Defendant hereby offers judgment in favor of the Plaintiff in this action in the amount of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) in full and complete resolution of all claims in this matter.

This offer must be accepted within ten (10) days after service or it is deemed withdrawn. This offer is made for purposes specified in FRCP 68 and shall only by construed as a compromised settlement and not an admission of the value of this case.

DATED this _____ day of _____, 2004.

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**


BY:_____   SR1450
STEPHANIE K. RAWITT
Identification Number: 76892
1845 Walnut Street, 19th Floor
Philadelphia, PA  19103
(215) 575-2649

Attorney for All Defendants